**Order entered March 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01296-CR

**SRINIVAS EADHA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83015-2015**

## ORDER

Before the Court is deputy court reporter Denise Carrillo's March 5, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record is due within **THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/    LANA MYERS
       JUSTICE